ACCEPTED
04-15-00435-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/24/2015 4:17:26 PM
KEITH HOTTLE
CLERK

No. 04-15-00435-CV

* * *

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/24/2015 4:17:26 PM
KEITH E. HOTTLE
Clerk

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

* * *

AUGLLE, L.L.CV., WRAP IT UP, L.L.C., JAMES A. MCVEY, JR., Individually and VALDIS KARLIS GRAVIS KRUMINS, Individually,
*Appellants,*

v.

DAVID A. MONROE, E-WATCH CORPORATION, E-WATCH, INC., and THE TELESIS GROUP, INC., each individually and as Member of POWER SURVEILLANCE CORPORATION, L.L.C.,
*Appellees.*

* * *

On Appeal from the 225th Court of Bexar County, Texas
* * *

**NOTICE OF APPEARANCE**
* * *

Notice is hereby given of the entry of the undersigned as co-counsel for David A. Monroe, e-Watch Corporation, e-Watch, Inc. and The Telesis Group, Inc., each Individually and as Member of Power Surveillance Corporation, LLC, Appellees in the above-entitled action. All further notice and copies of pleadings, filings, papers and other material relevant to this action should be directed to and served upon:

Mark A.J. Fassold
State Bar No. 24012609
**WATTS GUERRA LLP**
4 Dominion Drive
Bldg. 3, Ste. 100
San Antonio, Texas 78257
Telephone:  (210) 447-0500
Facsimile:  (210) 447-0501
Email:  mfassold@wattsguerra.com

Respectfully submitted,

By:    /s/ Mark A.J. Fassold
        Mark A. J. Fassold
        State Bar No. 24012609
        Francisco Guerra, IV
        State Bar No. 00796684
        Mikal C. Watts
        State Bar No. 20981820
        Jorge L. Mares
        State Bar No. 24087973
        WATTS GUERRA LLP
        4 Dominion Drive
        Bldg. 3, Ste. 100
        San Antonio, Texas 78257
        Telephone:  (210) 447-0500
        Facsimile:   (210) 447-0501
        Email:  fguerra@wattsguerra.com
                mcwatts@wattsguerra.com
                jmares@wattsguerra.com
                mfassold@wattsguerra.com

Louis A. Vetrano, Jr.
2502 Huebner Park
San Antonio, Texas 78248
Telephone: (210) 862-5786
Email: lvetrano@flash.net

**ATTORNEYS FOR APPELLEES**

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that a true and correct copy of the foregoing has been delivered by electronic service to counsel of record for Appellants in this proceeding as follows:

Karen S. Precella
HAYNES AND BOONE, LLP
301 Commerce Street, Suite 2600
Ft. Worth, Texas 76102
Email: Karen.Precella@haynesboone.com

William B. Nash
HAYNES AND BOONE, LLP
112 East Pecan Street, Suite 1200
San Antonio, Texas 78205
Email: Bill.Nash@haynesboone.com

Ben L. Mesches
Ryan Paulsen
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Email: Ben.Mesches@haynesboone.com
        Ryan.Paulsen@haynesboone.com

and

Carlo Garcia
OLIVA, SAKS, GARCIA & CURIEL, LLP
The OSGC Building
14255 Blanco Road
San Antonio, Texas 78216
Email: cglaw@osgclaw.com

By: */s/ Mark A.J. Fassold*
     Mark A.J. Fassold